# RICHARD J. CARDINALE

**ATTORNEY AT LAW**

**26 COURT STREET, SUITE 1815**

**BROOKLYN, NEW YORK 11242**

**(718) 624-9391**

Facsimile: (718) 624-4748
E-mail: richcardinaleesq@gmail.com

September 29, 2010

The Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Ramos, et al.v. City of New York</u>, 10 CV 2213 (ARR) (RER)

Your Honor:

I represent the two plaintiffs in this civil rights action.  I write to inform the Court that the parties have agreed to settle this matter.  A stipulation of settlement and dismissal will be submitted after it has been drafted and signed by the parties.

Respectfully,

*/s/*

Richard J. Cardinale

Copy: Qiana Smith-Williams